JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEJANDRA BYRD,** | **Case No.:** 5:24-cv-00563 SSS (SPx) |
| Plaintiff, | **ORDER** |
| v. | **HON. SUNSHINE S. SYKES** |
| **PENTAGON FEDERAL CREDIT UNION** | |
| Defendant(s). | |

Based upon Plaintiff ALEJANDRA BYRD's Voluntary Dismissal, and good cause, this Court hereby orders this Action to be, and is, dismissed without prejudice.

IT IS SO ORDERED.

Dated: June 6, 2024

_____
HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE